# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| v.   ) | **Criminal Case No.** 19-cr-00135-PB |
| ) | |
| **Jeffrey Roy**   ) | |

## PETITION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

1. Name of detainee:   **Jeffrey Roy**

2. Detained by:  **Cheshire County HOC**

3. Detainee is charged in the district by
    ( **X** ) Indictment          ( ) Information       ( ) Complaint
        OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance VIA VIDEO is necessary on **June 30, 2021 at 3:30 PM** for **Change of Plea.**


Date:  July 1, 2021                     /s/*Seth Aframe*
                                        Seth Aframe
                                        Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

( ) Ad Prosequendum                     ( ) Ad Testificandum

The above petition is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee on the date, at the time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:                                   _____
                                        Deputy Clerk