# CERTIFICATE OF COMPLETION

This Certificate is provided to:

## JEFFREY ROY

for completing in the Cheshire County Department of Corrections

## MORAL RECONATION THERAPY GROUP

Participants in the MRT Group receive a certificate after completing all 12 steps and/or 16 Groups. Mr. Roy successfully completed Step 6 and has attended 16 group sessions as of this date.

Presented on May 19, 2021



_Brenda McEachern, LCMHC_     5/19/21
Brenda McEachern, LCMHC     Date

_Clint Taber, MA_     5-19-21
Clint Taber, MA     Date